UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In Re: Philip T Zanardi

Case No. 8:24-bk-70936

Chapter: 7

Debtors(s)

*Please Check the Appropriate Box.*

***For Debtor:***

☒ Payment Advices are Attached.

- Number of Payment Advices Attached: ____
- Period Covered: __9/1/2023 - 2/29/2024__ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: __1__

***For Joint Debtor, if applicable:***

☐ Payment Advices are Attached.

- Number of Payment Advices Attached: ____
- Period Covered: ____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: ____

---

***For Debtor:***

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason.(*Attach an explanation*)

***For Joint Debtor, if applicable:***

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason.(*Attach an explanation*)

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of ____ sheets, numbered 1 through ____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: /s/ Philip T Zanardi        Date: March 4, 2024
                    Philip T Zanardi
Signature of Joint Debtor: ____                  Date: ____

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| QP9 | 000150 | 000101 | | 0000350048 | 1 |

# Earnings Statement



*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:  08/14/2023
Period Ending:     08/27/2023
Pay Date:          09/01/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1820.00 | 80.00 | 1,820.00 | 32,760.00 |
| Commission | | | | 58,179.74 |
| Pto | | | | 2,002.68 |
| **Gross Pay** | | | **$1,820.00** | 92,942.42 |
| | | | | |
| **Deductions** | **Statutory** | | | |
| | Federal Income Tax | | -134.58 | 15,766.10 |
| | Social Security Tax | | -106.94 | 5,582.86 |
| | Medicare Tax | | -25.01 | 1,305.67 |
| | NY State Income Tax | | -72.89 | 7,088.37 |
| | NY SDI Tax | | -1.20 | 20.40 |
| | NY Paid Family Leave Ins | | | 399.43 |
| | **Other** | | | |
| | Hlth Spnd Acct | | -78.84* | 2,601.84 |
| | Medical | | -0.46* | 8.28 |
| | Ts Dental | | -12.92* | 232.56 |
| | Ts Vision | | -2.98* | 53.64 |
| | **Net Pay** | | **$1,384.18** | |
| | Checking | | -1,384.18 | 59,883.27 |
| | **Net Check** | | **$0.00** | |

Your NY taxable wages this period are $1,724.80

**Other Benefits and Information**    this period    total to date
Totl Hrs Worked    80.00

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:         Single
Exemptions/Allowances:
  NY:         0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $1,724.80

© 2000 ADP, Inc.



| | Advice number: | 00000350048 |
|---|---|---|
| | Pay date: | 09/01/2023 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $1,384.18 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| QP9 | 000150 | 000101 | | 0000370048 | 1 |

# Earnings Statement 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:   08/28/2023
Period Ending:      09/10/2023
Pay Date:           09/15/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1820.00 | 72.00 | 1,820.00 | 34,580.00 |
| Commission | | | 6,089.09 | 64,268.83 |
| Pto | | 8.00 | | 2,002.68 |
| **Gross Pay** | | | **$7,909.09** | 100,851.51 |

Your NY taxable wages this period are $7,813.89

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 72.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,515.84 | 17,281.94 |
| | Social Security Tax | -484.46 | 6,067.32 |
| | Medicare Tax | -113.30 | 1,418.97 |
| | NY State Income Tax | -473.44 | 7,561.81 |
| | NY SDI Tax | -1.20 | 21.60 |
| | NY Paid Family Leave Ins | | 399.43 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.84* | 2,680.68 |
| | Medical | -0.46* | 8.74 |
| | Ts Dental | -12.92* | 245.48 |
| | Ts Vision | -2.98* | 56.62 |
| | **Net Pay** | **$5,225.65** | |
| | Checking | -5,225.65 | 65,108.92 |
| | **Net Check** | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
   NY:            Single
Exemptions/Allowances:
   NY:            0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $7,813.89

© 2000 ADP, Inc.



Advice number:    00000370048
Pay date:         09/15/2023



Deposited to the account of | account number | transit ABA | amount
**PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $5,225.65

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|-----|------|-------|-------|-----------|-----|
| QP9 | 000150 | 000101 | | 0000390049 | 1 |

**Earnings Statement** 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:    09/11/2023
Period Ending:       09/24/2023
Pay Date:            09/29/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 1820.00 | 80.00 | 1,820.00 | 36,400.00 |
| Commission | | | | 64,268.83 |
| Pto | | | | 2,002.68 |
| **Gross Pay** | | | **$1,820.00** | 102,671.51 |

Your federal taxable wages this period are $1,724.80
Your NY taxable wages this period are $1,724.80

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -134.58 | 17,416.52 |
| | Social Security Tax | -106.94 | 6,174.26 |
| | Medicare Tax | -25.01 | 1,443.98 |
| | NY State Income Tax | -72.89 | 7,634.70 |
| | NY SDI Tax | -1.20 | 22.80 |
| | NY Paid Family Leave Ins | | 399.43 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.84* | 2,759.52 |
| | Medical | -0.46* | 9.20 |
| | Ts Dental | -12.92* | 258.40 |
| | Ts Vision | -2.98* | 59.60 |
| | Expense Reimbur | | -1,564.57 |
| | **Adjustment** | | |
| | Expense Reimbur | +1,564.57 | |
| | **Net Pay** | | **$2,948.75** |
| | Checking | -2,948.75 | 68,057.67 |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:          Single
Exemptions/Allowances:
  NY:          0

* Excluded from federal taxable wages

© 2000 ADP, Inc.



| | Advice number: | 00000390049 |
|---|---|---|
| | Pay date: | 09/29/2023 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $2,948.75 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| **QP9** | 000150 | 000101 | | 0000410049 | 1 |

# Earnings Statement



*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:  09/25/2023
Period Ending:    10/08/2023
Pay Date:         10/13/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1820.00 | 80.00 | 1,820.00 | 38,220.00 |
| Commission | | | | 64,268.83 |
| Pto | | | | 2,002.68 |
| **Gross Pay** | | | **$1,820.00** | 104,491.51 |

Your federal taxable wages this period are $1,724.80
Your NY taxable wages this period are $1,724.80

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -134.58 | 17,551.10 |
| | Social Security Tax | -106.93 | 6,281.19 |
| | Medicare Tax | -25.01 | 1,468.99 |
| | NY State Income Tax | -72.89 | 7,707.59 |
| | NY SDI Tax | -1.20 | 24.00 |
| | NY Paid Family Leave Ins | | 399.43 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.84* | 2,838.36 |
| | Medical | -0.46* | 9.66 |
| | Ts Dental | -12.92* | 271.32 |
| | Ts Vision | -2.98* | 62.58 |
| | Expense Reimbur | | -1,564.57 |
| | **Net Pay** | | **$1,384.19** |
| | Checking | -1,384.19 | 69,441.86 |
| | **Net Check** | | **$0.00** |

**Other Benefits and Information** | this period | total to date
---|---|---
Totl Hrs Worked | 80.00 |

### Important Notes
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable Marital Status:
  NY:          Single
Exemptions/Allowances:
  NY:          0

* Excluded from federal taxable wages

© 2000 ADP, Inc.



Advice number:    00000410049
Pay date:         10/13/2023



Deposited to the account of | account number | transit ABA | amount
---|---|---|---
**PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $1,384.19

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| QP9 | 000150 | 000101 | | 0000430048 | 1 |

# Earnings Statement 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:    10/09/2023
Period Ending:       10/22/2023
Pay Date:            10/27/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1820.00 | 80.00 | 1,820.00 | 40,040.00 |
| Commission | | | 9,176.93 | 73,445.76 |
| Pto | | | | 2,002.68 |
| **Gross Pay** | | | **$10,996.93** | 115,488.44 |

Your federal taxable wages this period are $10,901.73
Your NY taxable wages this period are $10,901.73

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2,548.18 | 20,099.28 |
| | Social Security Tax | -675.91 | 6,957.10 |
| | Medicare Tax | -158.07 | 1,627.06 |
| | NY State Income Tax | -764.39 | 8,471.98 |
| | NY SDI Tax | -1.20 | 25.20 |
| | NY Paid Family Leave Ins | | 399.43 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.84* | 2,917.20 |
| | Medical | -0.46* | 10.12 |
| | Ts Dental | -12.92* | 284.24 |
| | Ts Vision | -2.98* | 65.56 |
| | Expense Reimbur | | -1,564.57 |
| | **Net Pay** | **$6,753.98** | |
| | Checking | -6,753.98 | 76,195.84 |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 80.00 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:           Single
Exemptions/Allowances:
  NY:           0

*\* Excluded from federal taxable wages*

© 2000 ADP, Inc.



**Advice number:**    00000430048
Pay date:             10/27/2023



**Deposited to the account of** | **account number** | **transit ABA** | **amount**
**PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $6,753.98

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| **QP9** | 000150 | 000101 | | 0000450047 | 1 |

## Earnings Statement

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:  10/23/2023
Period Ending:     11/05/2023
Pay Date:          11/10/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1820.00 | 80.00 | 1,820.00 | 41,860.00 |
| Commission | | | | 73,445.76 |
| Pto | | | | 2,002.68 |
| **Gross Pay** | | | **$1,820.00** | 117,308.44 |

Your federal taxable wages this period are $1,724.80
Your NY taxable wages this period are $1,724.80

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -134.58 | 20,233.86 |
| | Social Security Tax | -106.94 | 7,064.04 |
| | Medicare Tax | -25.01 | 1,652.07 |
| | NY State Income Tax | -72.89 | 8,544.87 |
| | NY SDI Tax | -1.20 | 26.40 |
| | NY Paid Family Leave Ins | | 399.43 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.84* | 2,996.04 |
| | Medical | -0.46* | 10.58 |
| | Ts Dental | -12.92* | 297.16 |
| | Ts Vision | -2.98* | 68.54 |
| | Expense Reimbur | | -1,564.57 |
| | **Net Pay** | **$1,384.18** | |
| | Checking | -1,384.18 | 77,580.02 |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 80.00 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:           Single
Exemptions/Allowances:
  NY:           0

* Excluded from federal taxable wages

© 2000 ADP, Inc.





Advice number:  00000450047
Pay date:       11/10/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $1,384.18 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| QP9 | 000150 | 000101 | | 0000470048 | 1 |

## Earnings Statement 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:   11/06/2023
Period Ending:      11/19/2023
Pay Date:           11/24/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1820.00 | 72.00 | 1,820.00 | 43,680.00 |
| Commission | | | 5,346.68 | 78,792.44 |
| Sick | | 8.00 | | |
| Pto | | | | 2,002.68 |
| **Gross Pay** | | | **$7,166.68** | 124,475.12 |

Your federal taxable wages this period are $7,071.48
Your NY taxable wages this period are $7,071.48

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,315.46 | 21,549.32 |
| | Social Security Tax | -438.43 | 7,502.47 |
| | Medicare Tax | -102.54 | 1,754.61 |
| | NY State Income Tax | -425.18 | 8,970.05 |
| | NY SDI Tax | -1.20 | 27.60 |
| | NY Paid Family Leave Ins | | 399.43 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.84* | 3,074.88 |
| | Medical | -0.46* | 11.04 |
| | Ts Dental | -12.92* | 310.08 |
| | Ts Vision | -2.98* | 71.52 |
| | Expense Reimbur | | -1,564.57 |
| | **Net Pay** | | **$4,788.67** |
| | Checking | -4,788.67 | 82,368.69 |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 72.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
   NY:           Single
Exemptions/Allowances:
   NY:           0

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.



Advice number:   00000470048
Pay date:        11/24/2023

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $4,788.67 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| QP9 | 000150 | 000101 | | 0000490047 | 1 |

# Earnings Statement 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:  11/20/2023
Period Ending:     12/03/2023
Pay Date:          12/08/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1820.00 | 80.00 | 1,820.00 | 45,500.00 |
| Commission | | | | 78,792.44 |
| Pto | | | | 2,002.68 |
| **Gross Pay** | | | **$1,820.00** | 126,295.12 |

Your federal taxable wages this period are $1,724.80
Your NY taxable wages this period are $1,724.80

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -134.58 | 21,683.90 |
| | Social Security Tax | -106.94 | 7,609.41 |
| | Medicare Tax | -25.01 | 1,779.62 |
| | NY State Income Tax | -72.89 | 9,042.94 |
| | NY SDI Tax | -1.20 | 28.80 |
| | NY Paid Family Leave Ins | | 399.43 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.84* | 3,153.72 |
| | Medical | -0.46* | 11.50 |
| | Ts Dental | -12.92* | 323.00 |
| | Ts Vision | -2.98* | 74.50 |
| | Expense Reimbur | | -1,564.57 |
| | **Net Pay** | **$1,384.18** | |
| | Checking | -1,384.18 | 83,752.87 |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 80.00 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:            Single
Exemptions/Allowances:
  NY:            0

*** Excluded from federal taxable wages**

© 2000 ADP, Inc.





**Advice number:**     00000490047
Pay date:              12/08/2023

**Deposited to the account of** | account number | transit ABA | amount
**PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $1,384.18

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| QP9 | 000150 | 000101 | | 0000510046 | 1 |

# Earnings Statement 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:   12/04/2023
Period Ending:      12/17/2023
Pay Date:           12/22/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1820.00 | 80.00 | 1,820.00 | 47,320.00 |
| Commission | | | 3,098.59 | 81,891.03 |
| Pto | | | | 2,002.68 |
| **Gross Pay** | | | **$4,918.59** | 131,213.71 |

Your federal taxable wages this period are $4,823.39
Your NY taxable wages this period are $4,823.39

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -775.92 | 22,459.82 |
| | Social Security Tax | -299.05 | 7,908.46 |
| | Medicare Tax | -69.94 | 1,849.56 |
| | NY State Income Tax | -261.74 | 9,304.68 |
| | NY SDI Tax | -1.20 | 30.00 |
| | NY Paid Family Leave Ins | | 399.43 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.84* | 3,232.56 |
| | Medical | -0.46* | 11.96 |
| | Ts Dental | -12.92* | 335.92 |
| | Ts Vision | -2.98* | 77.48 |
| | Expense Reimbur | | -2,719.63 |
| | **Adjustment** | | |
| | Expense Reimbur | +1,155.06 | |
| | **Net Pay** | **$4,570.60** | |
| | Checking | -4,570.60 | 88,323.47 |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 80.00 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:            Single
Exemptions/Allowances:
  NY:            0

* Excluded from federal taxable wages

© 2000 ADP, Inc.





Advice number:   00000510046
Pay date:        12/22/2023

Deposited to the account of | account number | transit ABA | amount
**PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $4,570.60

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| QP9 | 000150 | 000101 | | 0000010048 | 1 |

# Earnings Statement 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735  #5162047710*

Period Beginning:  12/18/2023
Period Ending:     12/31/2023
Pay Date:          01/05/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1820.00 | 80.00 | 1,820.00 | 1,820.00 |
| **Gross Pay** | | | **$1,820.00** | 1,820.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -130.67 | 130.67 |
| | Social Security Tax | -106.94 | 106.94 |
| | Medicare Tax | -25.01 | 25.01 |
| | NY State Income Tax | -72.89 | 72.89 |
| | NY SDI Tax | -1.20 | 1.20 |
| | NY Paid Family Leave Ins | -6.79 | 6.79 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.84* | 78.84 |
| | Medical | -0.46* | 0.46 |
| | Ts Dental | -12.92* | 12.92 |
| | Ts Vision | -2.98* | 2.98 |
| | **Net Pay** | **$1,381.30** | |
| | Checking | -1,381.30 | 1,381.30 |
| | **Net Check** | **$0.00** | |

Your NY taxable wages this period are $1,724.80

**Other Benefits and Information**     this period     total to date
Totl Hrs Worked                        80.00

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:            Single
Exemptions/Allowances:
  NY:            0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $1,724.80

© 2000 ADP, Inc.



**Advice number:**  00000010048
Pay date:            01/05/2024

**Deposited to the account of**       account number    transit ABA           amount
**PHIL ZANARDI**                       xxxxx5653         xxxx  xxxx          $1,381.30



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| **QP9** | 000150 | 000101 | | 0000030050 | 1 |

# Earnings Statement 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning: 01/01/2024
Period Ending: 01/14/2024
Pay Date: 01/19/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1940.00 | 80.00 | 1,940.00 | 3,760.00 |
| Commission | | | 5,083.95 | 5,083.95 |
| **Gross Pay** | | | **$7,023.95** | 8,843.95 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -1,260.53 | 1,391.20 |
| | Social Security Tax | -429.58 | 536.52 |
| | Medicare Tax | -100.47 | 125.48 |
| | NY State Income Tax | -415.90 | 488.79 |
| | NY SDI Tax | -1.20 | 2.40 |
| | NY Paid Family Leave Ins | -26.20 | 32.99 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.85* | 157.69 |
| | Medical | -0.46* | 0.92 |
| | Ts Dental | -12.92* | 25.84 |
| | Ts Vision | -2.98* | 5.96 |
| | **Net Pay** | **$4,694.86** | |
| | Checking | -4,694.86 | 6,076.16 |
| | **Net Check** | **$0.00** | |

Your NY taxable wages this period are $6,928.74

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

YOUR SALARY RATE HAS BEEN CHANGED FROM 1,820.00 TO 1,940.00.

**Additional Tax Withholding Information**
Taxable Marital Status:
 NY:   Single
Exemptions/Allowances:
 NY:   0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $6,928.74

© 2000 ADP, Inc.



| | | Advice number: | 00000030050 |
|---|---|---|---|
| | | Pay date: | 01/19/2024 |



| Deposited to the account of | | account number | transit ABA | amount |
|---|---|---|---|---|
| **PHIL ZANARDI** | | xxxxx5653 | xxxx xxxx | $4,694.86 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| **QP9** | 000150 | 000101 | | 0000050046 | 1 |

**Earnings Statement** 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:    01/15/2024
Period Ending:       01/28/2024
Pay Date:            02/02/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1940.00 | 64.00 | 1,940.00 | 5,700.00 |
| Sick | | 16.00 | | |
| Commission | | | | 5,083.95 |
| **Gross Pay** | | | **$1,940.00** | 10,783.95 |

Your NY taxable wages this period are $1,844.79

**Other Benefits and Information**    this period    total to date
Totl Hrs Worked    64.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -145.07 | 1,536.27 |
| | Social Security Tax | -114.38 | 650.90 |
| | Medicare Tax | -26.75 | 152.23 |
| | NY State Income Tax | -79.49 | 568.28 |
| | NY SDI Tax | -1.20 | 3.60 |
| | NY Paid Family Leave Ins | -7.24 | 40.23 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.85* | 236.54 |
| | Medical | -0.46* | 1.38 |
| | Ts Dental | -12.92* | 38.76 |
| | Ts Vision | -2.98* | 8.94 |
| | **Net Pay** | **$1,470.66** | |
| | Checking | -1,470.66 | 7,546.82 |
| | **Net Check** | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
   NY:              Single
Exemptions/Allowances:
   NY:              0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $1,844.79

© 2000 ADP, Inc.



| | Advice number: | 00000050046 |
|---|---|---|
| | Pay date: | 02/02/2024 |

"THIS IS NOT A CHECK"

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $1,470.66 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| **QP9** | 000150 | 000101 | | 0000070050 | 1 |

## Earnings Statement 

*MMP CAPITAL LLC*
*DBA:MMP CAPITAL*
*19 ENGINEERS LN*
*FARMINGDALE , NY 11735 #5162047710*

Period Beginning:    01/29/2024
Period Ending:       02/11/2024
Pay Date:            02/16/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**PHIL ZANARDI**
**40 GREYBARN LANE**
**307**
**AMITYVILLE NY 11701**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1940.00 | 40.00 | 1,940.00 | 7,640.00 |
| Commission | | | 9,104.22 | 14,188.17 |
| Pto | | 40.00 | | |
| **Gross Pay** | | | **$11,044.22** | 21,828.17 |

Your federal taxable wages this period are
$10,949.01
Your NY taxable wages this period are
$10,949.01

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -2,496.19 | 4,032.46 |
| | Social Security Tax | -678.84 | 1,329.74 |
| | Medicare Tax | -158.76 | 310.99 |
| | NY State Income Tax | -767.87 | 1,336.15 |
| | NY SDI Tax | -1.20 | 4.80 |
| | NY Paid Family Leave Ins | -41.19 | 81.42 |
| | **Other** | | |
| | Hlth Spnd Acct | -78.85* | 315.39 |
| | Medical | -0.46* | 1.84 |
| | Ts Dental | -12.92* | 51.68 |
| | Ts Vision | -2.98* | 11.92 |
| | Expense Reimbur | | -656.20 |
| | **Adjustment** | | |
| | Expense Reimbur | +656.20 | |
| | **Net Pay** | **$7,461.16** | |
| | Checking | -7,461.16 | 15,007.98 |
| | **Net Check** | **$0.00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:            Single
Exemptions/Allowances:
  NY:            0

* Excluded from federal taxable wages

© 2000 ADP, Inc.



| | Advice number: | 00000070050 |
|---|---|---|
| | Pay date: | 02/16/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PHIL ZANARDI** | xxxxx5653 | xxxx xxxx | $7,461.16 |

## NON-NEGOTIABLE